UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID L. BELMONTE, a/k/a
DAMEAS SHIRUK DURANZAN,

Plaintiff,

v.

KING COUNTY, *et al.*,

Defendants.

CASE NO. 2:24-cv-01761-DGE-GJL

REPORT AND RECOMMENDATION

Noting Date: December 20, 2024

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge Grady J. Leupold. Plaintiff Dameas Shiruk Duranzan, proceeding *pro se*, filed a Proposed Complaint on October 23, 2024.[1] Dkt. 1. Because Plaintiff failed to pay the filing fee or submit an Application to Proceed *In Forma Pauperis* (IFP), the Clerk of Court sent him a letter advising him to pay the filing fee or submit an IFP Application by November 29, 2024, or the case will be dismissed. *See* Dkt. 2.

---

[1] The Court notes that on October 23, 2024, Plaintiff filed numerous civil rights complaints in this Court. *See* Case Nos. 2:24-cv-1760 to 2:24-cv-1767.

REPORT AND RECOMMENDATION - 1

Plaintiff has not responded to the Clerk's letter, and has neither paid the filing fee nor submitted an IFP Application. As such, the Court recommends this case be **DISMISSED without prejudice**. Further, as Plaintiff has not prosecuted this case, the Court finds an appeal would not be taken in good faith.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on December 20, 2024, as noted in the caption.

Dated this 6th day of December, 2024.

Grady J. Leupold
United States Magistrate Judge