UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID L. BELMONTE, a/k/a DAMEAS SHIRUK DURANZAN,<br><br>                    Plaintiff,<br>    v.<br><br>KING COUNTY, *et al.*,<br><br>                    Defendants. | CASE NO. 2:24-cv-01761-DGE<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold, and the remaining record de novo, and there being no objections to the R&R, does hereby find and ORDER:

(1)     The Court ADOPTS the Report and Recommendation. (Dkt. No. 4.)

(2)     This case is DISMISSED without prejudice for Plaintiff's failure to prosecute.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Grady J. Leupold.

**DATED** this 23rd day of December, 2024.



David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1